**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 95-6819**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EARL TYRONE WILLIAMS, a/k/a Bucky Williams,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. John R. Hargrove, Senior District Judge. (CR-88-103-HAR, CA-94-1774-HAR)

—————————

Submitted: March 5, 1996          Decided: March 26, 1996

—————————

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Earl Tryone Williams, Appellant Pro Se. Gregory Welsh, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. Although he raises several ineffective assistance of counsel claims, he fails to establish prejudice. Strickland v. Washington, 466 U.S. 668, 687 (1984). Furthermore, Appellant's sentence of supervised release for a crime committed on July 1, 1987, does not violate the Ex Post Facto clause. Gozlon-Peretz v. United States, 498 U.S. 395, 409-10 (1991). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2